# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 10, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158259(70)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANTHONY RAY MCFARLANE, JR.,
      Defendant-Appellant.
_____/

SC: 158259
COA: 336187
Allegan CC: 14-018862-FC

      On order of the Chief Justice, the motion of the American Professional Society on the Abuse of Children, the American Academy of Pediatrics, and the Michigan Chapter of the American Academy of Pediatrics for leave to file a brief amicus curiae is GRANTED. The amicus brief submitted on January 6, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 10, 2020



Clerk